**From:** USAOR-CivilHabeas
**To:** Jennifer Paget
**Cc:** mpurcell.law@gmail.com; USAOR-CivilHabeas
**Subject:** RE: 3:26-cv-00147-AB Turrene v. Hermosillo et al
**Date:** Friday, January 23, 2026 9:22:20 AM
**Attachments:** image001.png

---

**CAUTION - EXTERNAL:**

Per the court's email below and its order of last night, Petitioner left the District of Oregon at 1732 (5:32pm) on January 22, 2026. The reason that Respondent believed that such a move was immediately necessary is that the closest immigration detention facility is in Washington state; there are no ICE holding facilities in Oregon designed for overnight detention.

**SEAN E. MARTIN**
**ASSISTANT UNITED STATES ATTORNEY**
**UNITED STATES ATTORNEY'S OFFICE | DISTRICT OF OREGON**
1000 SW Third Avenue, Suite 600 | Portland, Oregon 97204
Office: 503-727-1010 | Cell: 971-221-2482

---

**From:** Jennifer Paget <Jennifer_Paget@ord.uscourts.gov>
**Sent:** Thursday, January 22, 2026 8:57 PM
**To:** USAOR-CivilHabeas <USAOR.CivilHabeas@usdoj.gov>
**Cc:** mpurcell.law@gmail.com
**Subject:** [EXTERNAL] 3:26-cv-00147-AB Turrene v. Hermosillo et al

Counsel, please acknowledge receipt of this email immediately.

A 2241 federal habeas petition and TRO have been filed in the above-referenced case. Please respond to this email immediately to acknowledge receipt of this message and its attachments. As noted in the attached Order, you are directed to provide initial information **by 9:30 AM tomorrow** regarding (1) whether the Petitioner remains in this district and if not, when he left this district regarding. Also noted in the Order, assuming there appears to be jurisdiction over this petition, the court will hold a telephonic status conference Friday, 1/23/2026, at 11AM for Respondents to provide a preliminary statement of the legal basis for the arrest of Petitioner.

**Jennifer Paget** | Courtroom Deputy
United States District Court for the District of Oregon
Courtroom Deputy for Judge Amy M. Baggio
U.S. District Court
(503) 326-8051
Jennifer_Paget@ord.uscourts.gov

If you are emailing regarding a matter before Judge Hernandez, please email CRD Elizabeth Ross Potter at Elizabeth_Potter@ord.uscourts.gov. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.